(Reap. Dec. 8441)

NOVA CHEMICAL CORPORATION v. UNITED STATES

Entry No. 17457.

(Decided May 26, 1955)

Plaintiff not represented by counsel.

*Warren E. Burger,* Assistant Attorney General (*Henry J. O'Neill,* trial attorney), for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision upon an agreed set of facts entered into by and between the respective parties hereto.

On the agreed facts I find the American selling price, as that value is defined in section 402 (g) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was $1.1385 per pound, less 1 per centum, net packed.

Judgment will be entered accordingly.